# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00944-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JEFFREY MARK ZARING,

    Applicant,

v.

BLAKE DAVIS, Warden, F.P.C. Florence,

    Respondent.

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

    Applicant has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order.  Applicant will be directed to cure the following if he wishes to pursue his claims.  Any papers that the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   X   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   X   is missing certificate showing current balance in prison account (account statement must be certified by appropriate official at Applicant's facility)
(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form (must use the court's current form)
(8)   __   names in caption do not match names in caption of complaint, petition or

|       |       | habeas application |
|-------|-------|--------------------|
| (9)   | X     | other: Motion and Account Statement are necessary only if $5.00 filing fee is not paid in advance. |

**Complaint, Petition or Application**:
(10)  ___  is not submitted
(11)  ___  is not on proper form (must use the court's current form)
(12)  ___  is missing an original signature by the prisoner
(13)  ___  is missing page nos. ___
(14)  ___  uses et al. instead of listing all parties in caption
(15)  ___  names in caption do not match names in text
(16)  ___  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)  ___  other: _____

Accordingly, it is

   ORDERED that the Applicant cure the deficiencies designated above within **thirty (30) days from the date of this order**. Any papers which the Applicant files in response to this order must include the civil action number on this order. It is

   FURTHER ORDERED that the Applicant shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

   FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

   DATED April 10, 2012, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge